IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ORVEL WINSTON LLOYD,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>PHILLIP A. PRICE and JASON )<br>L. CALHOUN, sued in their )<br>individual and official   )<br>capacity,  )<br>  )<br>    Defendants.  ) | CIVIL ACTION NO.<br>   2:23cv53-MHT<br>       (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit claiming that the defendants violated his constitutional rights by conspiring to withhold funds he was due to receive from his deceased son's estate. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's

recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of January, 2024.

                              /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE