IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ORVEL WINSTON LLOYD,         )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        2:23cv53-MHT
                             )            (WO)
PHILLIP A. PRICE and JASON   )
L. CALHOUN, sued in their    )
individual and official      )
capacity,                    )
                             )
    Defendants.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 12) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute and comply with the orders of the court.

No costs are taxed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 29th day of January, 2024.

                                     /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**